IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EMILY C.,[1] <br>       Plaintiff, <br><br>   v. <br><br> CAROLYN W. COLVIN, <br> Commissioner of Social <br> Security, <br><br>       Defendant. | Case No. 1:13-cv-01348-AA |

**AMENDED JUDGMENT**

This action is dismissed.

Dated this  5th  day of January 2021.

                                                    /s/Ann Aiken
                                                   Ann Aiken
                                          United States District Judge

---

[1] Pursuant to the Court's Order (doc.34) granting plaintiff's Motion for Redaction (doc. 33), this amended judgment uses only the first name and the initial of the last name of the non-governmental party in this case.